CV 19-3015

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

DeARCY HALL, J.

MANUEL SARABIA GONZALEZ, MARTIN PEREZ MORALES, RICARDO PALILLERO, JOSE TORRES MIGUEL, MAYNOR RIGOBERTO TOC PABLO, AUCAY PESANTEZ SEGUNDO VICTORIANO, DEIVIS DAVILA MELENDEZ AND EDWIN GUARDADO GARCIA, individually and on behalf of others similarly situated,

*Plaintiff(s)*

v.

OSCAR ALFONSO AND OSCAR TRUCKING INC.

*Defendant(s)*

Civil Action No.

LEVY, M.J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ervin Rosenfeld      Pane E Vino Restaurant, Inc.
174 Smith Street          174 Smith Street
Brooklyn, NY 11201        Brooklyn, NY 11201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROBERT J. RENNA, P.C.
26 COURT STREET, SUITE 303
BROOKLYN, NY 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: MAY 21 2019

*Signature of Clerk or Deputy Clerk*